**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RONALD W. COLLINS, | Case No. 22-cv-01795-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Summons. ECF No. 142. Plaintiff seeks to serve new defendants that were added in his Second Amended Complaint: Doctor John Rivas, Officer G. Job, and Director Jaymie Cabrera. *Id.* The Court grants Plaintiff's motion and orders as follows:

**IT IS ORDERED** that Plaintiff's motion (ECF No. 142) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff three blank copies of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff shall have 30 days to fill out the required USM-285 forms and send them to the U.S. Marshals Service. On the forms, Plaintiff must fill in Defendants' last-known addresses.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue summonses for the Defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summonses, and the operative complaint (ECF No. 130) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the Defendants.

**IT IS FURTHER ORDERED** that, within 90 days of today's order, the U.S. Marshals Service shall file the summonses returned as executed or a notice indicating why service has not been effectuated.

DATED: April 5, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE