# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald Collins, | Case No. 2:22-cv-01795-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Nevada Department of Corrections, et al., | |
| Defendants. | |

Before the Court is a motion by Defendants Julie Williams, Joseph Swarts, Calvin Johnson, Frank Dreesen, James Scally, William Oblak, Joseph Dugan, Jaymie Cabrera (collectively "OAG Defendants") to stay discovery. ECF No. 147. Plaintiff responded at ECF No. 153. Defendant Henry joined the OAG Defendants' request. ECF Nos. 155, 158.

Relatedly, Plaintiff filed a motion to extend deadlines or, in the alternative, stay discovery as to OAG Defendants only. ECF No. 184.[1]

### I. Motion to stay discovery as applied to OAG Defendants

The basis for the OAG Defendants' request for stay of discovery is based on the argument that these defendants have qualified immunity. ECF No. 147. Plaintiff does not oppose a stay of discovery as to the OAG Defendants but maintains that discovery should proceed with regard to Defendant Henry—who is not subject to qualified immunity. Given this, the Court grants the OAG Defendants' motion at ECF No. 147 as unopposed under LR 7-2(d). The grant of ECF No. 147 applies only to the OAG Defendants.

---

[1] Given the Court will deny this motion as moot, a response is not needed.

**II.     Defendant Henry's Joinder to Motion to Stay Discovery**

As discussed above, Plaintiff opposes a stay of discovery as to Defendant Henry. ECF No. 153. Defendant Henry argues discovery should not be *bifurcated* in this case but does not advance any legal theories as to why discovery should be stayed as to her. ECF Nos. 155, 158. For this reason, the Court will deny the request as to Defendant Henry without prejudice.

**III.    Plaintiff's motion to extend deadlines**

As indicated above, Plaintiff's motion seeks to either extend deadlines *or* stay discovery as to the OAG Defendants (only). Given the Court will stay discovery as to the OAG Defendants, Plaintiff's request for an extension of deadlines is moot. The scheduling order at ECF No. 145 remains in place as to Defendant Henry.

**IV.    Conclusion**

**IT IS THEREFORE ORDERED** that OAG Defendants' motion to stay discovery (ECF No. 147) is **GRANTED** as applied to the OAG Defendants.

**IT IS FURTHER ORDERED** that Defendant Henry's request to stay discovery as to Defendant Henry is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion to extend deadlines (ECF No. 184) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that OAG Defendants and Plaintiff must file a new Discovery Plan and Scheduling Order fourteen days after the stay of discovery is lifted.

DATED: August 15, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE