UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD W. COLLINS,<br><br>        Plaintiff,<br><br>   v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendant. | Case No. 2:22-cv-01795-CDS-BNW<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Summons. ECF No. 207. Plaintiff requests that the Court issues summonses for Defendants Gallon Job, David Rivas, and Martin Naughton and direct the United States Marshals Service to effect service on them. *Id.* Defendants did not oppose the Motion.

On October 22, 2024, Plaintiff filed his original Third Amended Complaint. ECF No. 203. He then filed this Motion about a week later. ECF No. 207. Due to a filing error that resulted in a missing page, Plaintiff later refiled his TAC pursuant to the Court's instruction. ECF Nos. 210; 214.

The Court grants Plaintiff's request to have the USMS serve Defendants under Federal Rule of Civil Procedure 4(c)(3). Because the Office of the Attorney General has previously accepted service for certain Defendants, the Court orders the OAG to notify the Court within 10 days of this Order whether it will accept service of the TAC for Defendants Julie Williams, Joseph Swartz, Calvin Johnson, Frank Dreesen, James Scally, William Oblak, Joseph Dugan, and Jaymie Cabrera. The OAG is also ordered to indicate whether it will accept service for Defendant Martin Naughton. Should it not accept service for Defendant Naughton, the Court directs the OAG to file Defendant's last-known address under seal within 10 days of this Order.

**IT IS THEREFORE ORDERED** that the Clerk of Court issue summonses for Defendants Gallon Job, David Rivas, and Martin Naughton and deliver the same to the USMS for

service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 214), and the Court's Screening Order (ECF No. 8).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff three blank USM-285 forms together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 13, 2024** to fill out the required USM-285 form and send it to the USMS.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms, the USMS shall (1) fill out the addresses (currently under seal at ECF No. 190) for Defendants Gallon Job and David Rivas; (2) if the address for Defendant Martin Naughton is filed under seal following this Order, fill out the address for Defendant Martin Naughton; and (3) in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants Gallon Job, David Rivas, and Martin Naughton.

**IT IS FURTHER ORDERED** that within 90 days of this Order, the USMS shall file the summons returned as executed or notice indicating why service has not been effectuated.

**IT IS FURTHER ORDERED** that the Office of the Attorney General must file a notice indicating for which Defendants they are accepting service within 10 days of this Order. Should the OAG not accept service for Defendant Martin Naughton, it must file his last-known address under seal within 10 days of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants Gallon Job, David Rivas, and Martin Naughton may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: November 20, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE