UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ronald W. Collins,<br><br>　　　　　Plaintiff<br><br>v.<br><br>NDOC, et al.,<br><br>　　　　　Defendants | Case No. 2:22-cv-01795-CDS-BNW<br><br>Order Granting Defendant's Motion to Correct and Motion to Extend Time<br><br>[ECF Nos. 267, 268] |

　　　Defendant Joseph Swartz's motion to correct clerical error pursuant to Federal Rule of Civil Procedure 60(a) **[ECF No. 267] is granted**. The court will file a corrected image of the order denying in part and granting in part defendants' motion to dismiss (ECF No. 263). Additionally, Swartz's request to extend time to file his responsive pleading **[ECF No. 268] is granted**. Swartz's responsive pleading must be filed by March 21, 2025.

　　　Dated: March 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge