UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ronald W. Collins,

Plaintiff

v.

NDOC, et al.,

Defendants

Case No. 2:22-cv-01795-CDS-BNW

**Order Granting Defendant's Motion to Extend the Time to File Dispositive Motions**

[ECF No. 342]

Defendant Joseph Swartz moves to extend the time to file dispositive motions by sixty days, or until July 17, 2026. Mot., ECF No. 342. Having considered the motion, and in the absence of any argument from Collins challenging counsel's showing of good cause, I find that the defendant has established good cause for the requested extension. The defendant's counsel, who is a deputy attorney general, represents that their workload has increased following the departure of several colleagues and that pending discovery motions may affect briefing on any subsequent motions for summary judgment. *Id.* at 2. Further, the extension sought is relatively brief and will not materially delay the resolution of this matter. Plaintiff Ronald Collins did not file an opposition to the motion.

Accordingly, it is hereby ordered that the defendant's motion to extend the time to file dispositive motions **[ECF No. 342] is GRANTED** nunc pro tunc; therefore, the dispositive motion deadline, which includes motions for summary judgment, is extended to July 17, 2026.

Dated: June 3, 2026

_____
Cristina D. Silva
United States District Judge