**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Ronald W. Collins,<br>Plaintiff,<br>v.<br>Nevada Department of Corrections et al.,<br>Defendants. | Case No. 2:22-cv-01795-CDS-BNW<br>**ORDER** |

This Court had previously set two matters for a hearing: (1) Plaintiff's objection (at ECF No. 345), which this Court construes as a Motion to Compel and (2) Defendants' notice of compliance (at ECF No. 347). The parties are familiar with the arguments. As a result, this Court only includes them as relevant to its order. Lastly, this Court does not require argument on these matters. As a result, the hearing is vacated.

**I. Plaintiff's objection (ECF No. 345)**

This Court adopts the legal standard regarding Motions to Compel as stated in Defendants' brief at ECF 349.

As Defendants point out, this Court previously denied the request for the production of an index sheet. This Court previously ruled that it "will not order the production of an index sheet" and that, "should Plaintiff have specific questions regarding what has been produced he can propound interrogatories to that effect." ECF No. 344 at 4-6.

As to the medical records, this Court is satisfied that they have been produced. ECF No. 349-1 and ECF No. 349-2.

As a result, Plaintiff's motion at ECF No. 345 is denied as moot.

**II. Defendants' notice of compliance (ECF No. 347)**

This Court is satisfied that Defendants have complied with the required disclosures, which include much more than "medical request kites." ECF Nos. 347-3 at 10-12, 355-1. To the extent

Plaintiff seeks records from outside providers, Plaintiff may subpoena them. See ECF No. 344 at 6.

This Court previously ordered the production of grievance No. 20063126697697, only to the extent it related to the claimed injuries. ECF No. 344 at 9. Defendants correctly point out that grievance No. 20063126697697 predates the alleged use of force at issue in this case. ECF No. 320-1 at 38. That grievance is from 2021, while the alleged use of force incident is in 2022. Lastly, Defendants represent that all grievances pertinent to this case have been produced. As a result, this Court finds Defendants have complied with this Court's order.

### III. Future objections and/or oppositions

Lastly, this Court will no longer entertain objections and/or oppositions to Defendants' notices of compliance. Should Plaintiff wish to compel production of documents, he may file the appropriate motion which must comply with the local rules. Plaintiff is on notice that any further objection/opposition s will be stricken.

### IV. Conclusion

**IT IS ORDERED** that Plaintiff's motion at ECF No. 345 is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendants' have complied with this Court's order as described above.

**IT IS FURTHER ORDERED** that the hearing set for September 3, 2026, is **VACATED.**

DATED: September 3, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE